# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ORANGEBURG DIVISION

| | | |
|---|---|---|
| Tamara Cales, | ) | |
| | ) | |
| | ) | Civil Action. No.:  5:13-cv-02609-JMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court upon motion of Plaintiff, through her attorney, Paul T. McChesney, for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (ECF No. 14).  Plaintiff's motion seeks reimbursement for her counsel's representation in the captioned matter in the amount of $1, 993.82 in attorney's fees.  Defendant's response to Plaintiff's motion (ECF No. 15) notifies the court that she does not oppose Plaintiff's request for fees in the amount stated herein.

The court has reviewed Plaintiff's counsel's fee petition that was submitted and finds counsel's request for fees reasonable.  Therefore, Plaintiff is entitled to an award of attorney's fees under the EAJA in the stipulated amount of $1,993.82.  *See* 28 U.S.C. §§ 2412(c)(1) and 2414.

In accordance with *Astrue v. Ratliff*, 130 S. Ct. 2521, 2528-29 (2010), EAJA fees awarded by this court belong to the litigant, thus subjecting EAJA fees to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)) and, therefore, the court directs that fees be payable to Plaintiff and delivered to Plaintiff's counsel.

**IT IS SO ORDERED.**

*J. Michelle Childs*

United States District Judge

October 3, 2014
Columbia, South Carolina

2